# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANJO, INC, and DMS FACILITY SERVICES, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; AIU INSURANCE COMPANY; AMERICAN FUJI FIRE AND MARINE INSURANCE COMPANY; CHARTIS PROPERTY CASUALTY COMPANY f/k/a AIG CASUALTY COMPANY f/k/a BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA; GRANITE STATE INSURANCE COMPANY; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; NEW HAMPSHIRE INSURANCE COMPANY; AIG RISK MANAGEMENT INC.; MAURICE R. GREENBERG; and COMMERCE AND INDUSTRY INSURANCE COMPANY, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 13-CV-04685<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF KEVIN REED PRO HAC VICE** |

IT IS HEREBY ORDERED THAT the application of Kevin S. Reed is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: 11/7/2013

_Sandra B. Armstrong_
UNITED STATES DISTRICT/MAGISTRATE JUDGE