| | |
|---|---|
| Deborah R. Rosenthal (#184241)<br>drosenthal@simmonsfirm.com<br>**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**<br>455 Market Street, Suite 1150<br>San Francisco, California 94105<br>Phone: (415) 536-3986<br>Fax: (415) 537-4120 | Derek Y. Brandt *<br>dbrandt@simmonsfirm.com<br>**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**<br>One Court Street<br>Alton, Illinois 62002<br>Phone: (618) 259-2222<br>Fax: (618) 259-2251 |

Drew E. Pomerance (#101239)
dep@rpnalaw.com
Nicholas P. Roxborough (#113540)
npr@rpnalaw.com
**ROXBOROUGH POMERANCE NYE & ADREANI LLP**
5820 Canoga Ave., Suite 250
Woodland Hills, California 91367
Phone: (818) 992-9999 / Fax: (818) 992-9991

*Attorneys for Plaintiffs Franjo, Inc., DMS Facility Services, Inc., and all others similarly situated*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANJO, INC., and DMS FACILITY SERVICES, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; AIU INSURANCE COMPANY; AMERICAN FUJI FIRE AND MARINE INSURANCE COMPANY; AMERICAN HOME ASSURANCE COMPANY; CHARTIS PROPERTY CASUALTY COMPANY f/k/a AIG CASUALTY COMPANY f/k/a BIRMINGHAM FIRE INSURANCE COMPANY OF PENNSYLVANIA; COMMERCE AND INDUSTRY INSURANCE COMPANY, INC.; GRANITE STATE INSURANCE COMPANY; INSURANCE COMPANY | Case No.: CV-13-4685-SBA<br><br>**STIPULATION AND ORDER TO STAY INITIAL STATUS CONFERENCE PENDING DETERMINATION OF THE AIG DEFENDANTS' MOTION TO TRANSFER TO MDL** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | OF THE STATE OF PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; NEW HAMPSHIRE INSURANCE COMPANY; AIG RISK MANAGEMENT INC., MAURICE R. GREENBERG; and DOES 1 through 10 inclusive,<br><br>        Defendants. |

**STIPULATION TO STAY INITIAL STATUS CONFERENCE**

| | |
|---|---|
| 1 | WHEREAS, on October 24, 2013, Plaintiffs Franjo, Inc., and DMS Facility |
| 2 | Services initiated this action by the filing of their Class Action Complaint (the |
| 3 | "Class Action Complaint"), designated Case No. 13-cv-4685, in the United States |
| 4 | District Court for the North District of California ("this Action"); and |
| 5 | WHEREAS, the Class Action Complaint names as defendants American |
| 6 | International Group, Inc., AIU Insurance Company, American Fuji Fire and Marine |
| 7 | Insurance Company, American Home Assurance Company, Chartis Property |
| 8 | Casualty Company f/k/a AIG Casualty Company f/k/a Birmingham Fire Insurance |
| 9 | Company of Pennsylvania, Commerce and Industry Insurance Company, Inc., |
| 10 | Granite State Insurance Company, Insurance Company of the State of |
| 11 | Pennsylvania, National Union Fire Insurance Company of Pittsburgh, |
| 12 | Pennsylvania, New Hampshire Insurance Company, and AIG Risk Management |
| 13 | Inc. (collectively, "the AIG Defendants"), Maurice R. Greenberg ("Greenberg"), |
| 14 | and Does 1 through 10 inclusive; and |
| 15 | WHEREAS, in civil actions now pending in multiple other jurisdictions, |
| 16 | other plaintiffs have asserted related or similar claims to those made in Case No. |
| 17 | 13-cv-4685; and |
| 18 | WHEREAS, on or about December 19, 2013, the AIG Defendants filed with |
| 19 | United States Judicial Panel on Multidistrict Litigation ("JPML") a motion, |
| 20 | pursuant to 28 U.S.C. § 1407, to transfer all related actions to the United States |
| 21 | District Court for the Northern District of Illinois, thereby opening MDL No. 2519. |
| 22 | According to AIG's memorandum in support of its § 1407 motion to transfer, |
| 23 | counsel for Defendant Greenberg, "while reserving all his rights and |
| 24 | objections…does not oppose the relief sought on [AIG's motion to transfer]." MDL |
| 25 | No. 2519 Doc.#1-1 at p.2, n. 2. The JPML has entered a briefing schedule for the |
| 26 | motion pending in MDL no. 2519, but there has been no judicial MDL |
| 27 | determination and there has been no judicial determination of the relatedness of the |
| 28 | aforementioned actions; |

**STIPULATION TO STAY INITIAL STATUS CONFERENCE**

WHEREAS, an Initial Status Conference for this Action is currently set for January 22, 2014 at 2:30 p.m.

NOW THEREFORE:

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED COUNSEL FOR THE PARTIES:

1. The Initial Status Conference currently set for January 22, 2014 is hereby stayed pending the JPML's ruling on the AIG Defendants' § 1407 motion to transfer.

2. The deadlines to submit the parties' Rule 26(f) Plan and Initial Disclosures are further stayed pending the JPML's ruling on the AIG Defendants' § 1407 motion to transfer.

3. Once there has been a ruling on the AIG Defendants' § 1407 motion to transfer, the parties agree to promptly inform the Court, so the Court may take the appropriate action to either transfer the case or reschedule the various matters which have been stayed.

Dated: January 9, 2014        ROXBOROUGH POMERANCE NYE & ANDREANI, LLP

By: ___/s/__*Anne S. Kelson*_____
*Attorneys for Plaintiffs Franjo, Inc., DMS Facility Services, Inc., and all others similarly situated*

Dated: January 9, 2014        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:
__/s/_____
*Attorneys for Defendant Maurice R. Greenberg*

-4-
**STIPULATION TO STAY INITIAL STATUS CONFERENCE**

| | | |
|---|---|---|
| 1 | Dated: January_9, 2014 | QUINN EMANUEL URQUHART & SULLIVAN, LL |
| 2 | | |
| 3 | | By:__/s/_____ <br> *Attorneys for Defendants American International Group, Inc. AIU Insurance Company, American Fuji Fire and Marine Insurance Company, American Home Assurance Company, Chartis Property Casualty Company f/k/a AIG Casualty Company f/k/a Birmingham Fire Insurance Company of Pennsylvania, Commerce and Industry Insurance Company, Inc., Granite State Insurance Company, Insurance Company of the State of Pennsylvania, National Union Fire Insurance Company of Pittsburgh, Pennsylvania, New Hampshire Insurance Company, and AIG Risk Management, Inc.* |

-5-
**STIPULATION TO STAY INITIAL STATUS CONFERENCE**

| | |
|---|---|
| 1 | Pursuant to the foregoing stipulation to stay the Initial Status Conference |
| 2 | pending the JPML's ruling on the AIG Defendants' § 1407 motion to transfer and |
| 3 | good cause appearing, it is hereby ORDERED that: |
| 4 |     1. The Initial Status Conference currently set for January 22, 2014 is hereby |
| 5 |        stayed pending the JPML's ruling on the AIG Defendants' § 1407 motion |
| 6 |        to transfer. |
| 7 |     2. The deadlines to submit the parties' Rule 26(f) Plan and Initial |
| 8 |        Disclosures are further stayed pending the JPML's ruling on the AIG |
| 9 |        Defendants' § 1407 motion to transfer. |
| 10 |     3. Once there has been a ruling on the AIG Defendants' § 1407 motion to |
| 11 |        transfer, the parties will promptly inform the Court, so the Court may take |
| 12 |        the appropriate action to either transfer the case or reschedule the various |
| 13 |        matters which have been stayed. |
| 15 | IT IS SO ORDERED. |
| 16 | DATE _____1/10/2014_____    _/s/ Saundra B. Armstrong_____ |
| 17 |                                    The Honorable Saundra B. Armstrong<br>                                   United States District Judge |